UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-1587-MWC (SK)                          Date: May 6, 2026

Title      Ho Duc Nguyen v. D. Marin, et al.

Present:  The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner:            Attorneys Present for Respondents:
        None present                                        None present

**Proceedings:        (IN CHAMBERS) ORDER TO SHOW CAUSE**


Given the district court's April 17, 2026 order requiring petitioner's release from ICE custody and enjoining his re-detention by ICE absent compliance with all governing law, now reinforced by its May 5, 2026 order granting petitioner's application for a preliminary injunction on those same conditions, the parties are ordered to show cause in writing by **May 13, 2026** why the underlying petition under 28 U.S.C. § 2241 should not be granted for the same reasons and on the same terms set forth in the district court's April 17 and May 5 orders.  *See* Fed. R. Civ. P. 65(a)(2) (providing that final disposition of case may be based on same evidence received during preliminary injunction proceedings); *see also Ranchers Cattlemen Action Legal Fund United Stockgrowers of Am. v. U.S. Dep't of Agr.*, 499 F.3d 1108, 1114 (9th Cir. 2007).

The parties may discharge this order by lodging a proposed stipulated order and judgment granting the § 2241 petition for the same reasons and on the same terms set forth in the district court's April 17 and May 5 orders, with all rights reserved. Otherwise, the parties must propose by the show-cause deadline a hearing date at which they will appear in person to explain what further proceedings of any kind are needed before entry of judgment and closing of this action.

IT IS SO ORDERED.