JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HO DUC NGUYEN,<br><br>        Petitioner,<br><br>v.<br><br>D. MARIN, WARDEN, et al.,<br><br>        Respondents. | CASE NO. 5:26-cv-01587-MWC-SK<br><br>**JUDGMENT** |

Pursuant to the Order on Stipulation and Joint Request for Entry of Judgment Granting Petition, **IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is granted as set forth in that Order.

The Clerk is instructed to close the case, as stipulated and jointly requested by the parties.

DATED: May 14, 2026

_____

HON. STEVE KIM
United States Magistrate Judge